Before RADER and MOORE, Circuit Judges, and YEAKEL, District Judge.*

PER CURIAM.

Tyrone Hurt appeals the judgment of the Court of Federal Claims dismissing his claims for lack of subject matter jurisdiction, *Hurt v. United States,* No. 05–CV–8 (Fed.Cl. Jan. 24, 2007). We *affirm.*

Summary affirmance of a case "is appropriate, *inter alia,* when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States,* 17 F.3d 378, 380 (Fed. Cir.1994) (summarily affirming the Court of Federal Claims' dismissal of a complaint). Having reviewed the papers and Hurt's brief, it is clear that the trial court correctly concluded that it lacked jurisdiction over Hurt's case and dismissal was warranted. Thus, because no substantial question exists regarding the outcome of Hurt's appeal, the court summarily affirms the judgment of the Court of Federal Claims dismissing Hurt's case.

COSTS

Each party shall bear its own costs.

**M.E.S., INC., Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 2007–1110.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2007.

Timothy A. Sullivan, Payne Hackenbracht & Sullivan, of Fort Washington, PA, argued for appellant.

A. Bondurant Eley, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel on the brief was Michael F. Kiely, Law Department Civil Practice, United States Postal Service, of Washington, DC.

Before MICHEL, Chief Judge, LOURIE, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.